FILED
2019 Sep-23 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DWAYNE ANTHONY OTTEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. |
| ) | 4:18-cv-01330-KOB-HNJ |
| SCOTT HASSELL, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On August 26, 2019, the magistrate judge entered a report recommending the petition be denied and this action dismissed without prejudice. (Doc. 11). The magistrate judge also recommended the petitioner's motion for hearing (doc. 10) be denied. Although the court advised the parties of their right to file specific written objections within fourteen days, the court has received no objections.

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the petition in this matter is due to be denied and this action dismissed without prejudice as premature.

The court will enter a separate Final Order.

The court DIRECTS the Clerk to serve a copy of this Memorandum Opinion and its accompanying Final Judgment on the petitioner and on counsel of record.

DONE and ORDERED this 23rd day of September, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE